No. 21. STATE OF MISSOURI, EX REL. WASHINGTON UNIVERSITY, *v.* PUBLIC SERVICE COMMISSION OF MISSOURI AND UNION ELECTRIC LIGHT & POWER COMPANY;

No. 22. SAME *v.* SAME;

No. 23. STATE OF MISSOURI, EX REL. ST. LOUIS BREWING ASSOCIATION, *v.* SAME;

No. 24. SAME *v.* SAME;

No. 25. STATE OF MISSOURI, EX REL. WAINWRIGHT REAL ESTATE COMPANY, *v.* SAME;

No. 26. SAME *v.* SAME; and

No. 27. STATE OF MISSOURI, EX REL. HOTEL STATLER COMPANY, INC., *v.* SAME. Error to the Supreme Court of the State of Missouri. Argued October 14, 1927. Decided October 24, 1927. *Per Curiam.* The writs of error are dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating

the writs of error as applications for certiorari, the applications are denied for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Charles M. Polk, Marion C. Early* and *Charles Nagel* for plaintiffs in error. *Mr. Theodore Rassieur,* with whom *Messrs. J. P. Painter* and *Jerry A. Matthews* were on the brief, for defendants in error.